THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
          *v.* WILLIAM WARMICK, Appellant.

(Argued March 17, 1920; decided April 13, 1920.)

APPEAL from a judgment of the Supreme Court, rendered June 16, 1919, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert W. Farrington* for appellant.

*Guy B. Moore,* District Attorney (*Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ. Dissenting: HOGAN, J.